| | |
|---|---|
| 1 | THOMAS W. MCDONNELL CA SBN 186-770 |
| 2 | LAW OFFICES OF THOMAS W. MCDONNELL<br>1611 TELEGRAPH AVE. STE. 1100 |
| 3 | OAKLAND CA 94612<br>TEL.   510.588.5755 |
| 4 | FAX.   510.444.1369<br>THOMASWMCDONNELL@GMAIL.COM |
| 5 | COUNSEL TO DEFENDANT |
| 6 | CRAIG KOHLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00587 |
| Plaintiff, | ) ) | DECLARATION OF COUNSEL IN SUPPORT OF MOTION AND |
| v. | ) ) | [PROPOSED] ORDER TO CONTINUE SENTENCING |
| CRAIG KOHLER,<br>    aka Craig Kohler Vega, | ) ) ) | |
| Defendant. | ) | |

I, THOMAS W. MCDONNELL, HEREBY DECLARE AS FOLLOWS:

1. That I am the attorney of record for the Defendant in the above-captioned case;

2. That I am unable to present in the above Court on January 20th, 2006, due to urgent familial obligations;

3. That those obligations were unknown to me when this matter was originally calendared for January 20th, 2006;

4. That I have discussed my request for a continuance with AUSA Badger and U.S. Probation Officer Cook, and that they have graciously agreed to enter the attached stipulation;

5. That the proposed date for rescheduling this matter, February 24th, 2006, is the earliest date available to the parties;

DECLARATION   CR 05-00587 SI                    1

6. That I have discussed this matter with the Courtroom Clerk, and that she has informed me that the Court is available to hear this matter on the proposed date and time;

7. That I very much appreciate the Court's consideration of this request, and that I hereby offer my deepest apologies to the Court, it"s staff, AUSA Badger, Officer Cook, and most importantly to Defendant Kohler.

I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE FOREGOING IS TRUE AND CORRECT. EXECUTED BY ME THIS 19TH DAY OF JANUARY, 2006, IN OAKLAND CALIFORNIA.

_____

THOMAS W. MCDONNELL

Counsel to Defendant

Craig Kohler



IT IS SO ORDERED
Judge Susan Illston

DECLARATION   CR 05-00587 SI                    2